# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA § | CRIMINAL NO. 11-9-JJB |
| § | |
| v. § | |
| § | |
| SHEDRICK O. MCKENZIE § | |
| HENRY L. JONES § | |
| CHIKENNA D. JONES § | |
| JO A. FRANCIS § | |
| MARY H. GRIFFIN § | |
| STEPHANIE D. DANGERFIELD § | |

## MOTION TO PRECLUDE 404 (b) EVIDENCE

**NOW COMES** the defendant, Jo A. Francis, through counsel, and respectfully moves this Honorable Court to issue an Order precluding the Government from presenting specific evidence to the jury pursuant to Fed. R. Evidence Rule 404(b). In support thereof, defendant states as follows:

1. In the instant case, defendant is charged with several counts of Health Care Fraud.

2. The defendant moves this Court to preclude the Government from disclosing any prior criminal or bad acts allegedly committed by the defendant. The Defendant has no prior convictions, and there is no evidence that the defendant knew of any wrong doing. In order to introduce 404 (b) evidence, the Government must allege that the evidence to be introduced falls under one of the exceptions described in Fed. Rule of Evidence 404 (b). The Government has not shown that this evidence is necessary to show proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident. In United States v. Rawle the Court held, "Whether offered by the Government

or the accused, Rule 404 (b) evidence is admissible only if it is (1) relevant to an issue other than character (2) necessary, and (3) reliable." <u>United States v. Rawle</u>, 845 F.2d 1244.

    3. Pursuant to Fed. Rule of Evidence 403, the Defendant moves the Court to issue an Order precluding the State from offering into evidence any prior criminal or bad acts allegedly committed by the defendant. The Evidence that the Government now seeks to introduce is no more probative then the evidence already attempted to be introduced, therefore the alleged evidence which the Government now desires to introduce serves a more prejudicial than probative effect.

    4. Based on information and belief, the Government will attempt to introduce allegation of prior criminal or bad acts allegedly committed by the defendant.

    WHEREFORE, premises considered, defendant request this motion be granted.

Respectfully submitted,

Jo Ann Francis

By:

/s/ CHOKWE LUMUMBA
Chokwe Lumumba #8865
P. O. Box 31762
Jackson, MS 39286-1762
601-353-4455 Telephone
601-353-2818 Telecopier
clumumbafreelon@aol.com

## CERTIFICATE OF SERVICE

This is to certify that on 15th day of June 2011 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

          /s/ CHOKWE LUMUMBA
          Chokwe Lumumba