UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                     CRIMINAL NO.        3:10CR00104-004
                                                               3:11CR00009-004

JO A. FRANCIS

**GOVERNMENT'S MOTION FOR AN ORDER UNDER
21 U.S.C. § 853(m) AUTHORIZING PRODUCTION OF DOCUMENTS**

The United States of America, by and through Donald J. Cazayoux, Jr., United States Attorney, and James P. Thompson, Assistant United States Attorney, hereby apply, pursuant to Title 21, U.S.C. § 853(m), for an order authorizing it to conduct discovery for the purpose of identifying and locating assets forfeited to the United States, property traceable to such assets, or assets of the defendant that may be substituted up to the value of the forfeiture order. In furtherance of its motion, the United States sets forth the following:

1.

The defendant, Jo A. Francis, pled guilty to Count 1 of each of the Indictments in Criminal case Nos. 3:10CR00104-004 and 3:11CR00009-004, both of which charge the defendant with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349, and the defendant agreed to admit to the forfeiture allegations in each Indictment.

2.

On June 14, 2012, the defendant was ordered to forfeit all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the health care offense, and ordered a forfeiture money judgment against defendant in the amount of ONE MILLION SIX HUNDRED THOUSAND DOLLARS ($1,600,000.00).

3.

The Government now desires to engage in post-conviction discovery to locate and identify assets of the defendant that may be forfeited to satisfy the forfeiture judgment.

4.

Title 21, U.S.C. § 853(m) states that in order to facilitate the identification of property declared forfeited, the court may, upon application by the government, order the testimony of any witness relating to the property forfeited, be taken by deposition, and any books, records, papers, documents, not privileged, be produced. In *U.S. v. Saccoccia*, 898 F.Supp. 53, 59, D.R.I.,1995, judgments were entered pursuant to the defendants' convictions requiring them to forfeit the sum of $136,344,231.87, which represented the proceeds of their offense. The court stated, "The defendants correctly observe that the Court has discretion to decide whether the Government should be permitted to depose counsel pursuant to 18 U.S.C. § 1963(k) and/or 21 U.S.C. § 853(m)," and allowed for the issuance of subpoenas for depositions, as well as the production of documents. Similarly, in *U.S. v. DeGregory*, 480 F.Supp.2d 1302, 1305, S.D. Fla., 2006, the court held that the United States was authorized, pursuant to Title 21 U.S.C. § 853(m) to conduct

any discovery necessary, including depositions, to identify, locate or dispose of property ordered forfeited. *See* Title 18 U.S.C. §982(b)(1) (making Section 853 the governing statute for any related judicial or administrative proceedings in criminal forfeiture cases).

5.

The government expects from the examination of documents and records, to be able to determine the location of assets and property traceable to the proceeds from the health care fraud. The government will also attempt through the review of documents, to identify and locate alternative assets of the defendant that can be substituted in satisfaction of the forfeiture order in this case.

For the foregoing reasons, the United States respectfully requests that this Court grant its motion for the production of documents, and order the defendant, Jo Francis to produce the attached list of records, attached as Government Exhibit A, to undersigned counsel by no later than July 20, 2012, at the United States Attorney's Office, 777 Florida Street, Suite 208, Baton Rouge, LA 70801.

        Respectfully submitted,

        UNITED STATES OF AMERICA, by

        DONALD J. CAZAYOUX, JR.
        UNITED STATES ATTORNEY

        /s/ James P. Thompson
        James P. Thompson, LBN 21090
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: jay.thompson@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Government's Motion for an Order under 21 U.S.C. § 853(m) Authorizing Production of Documents,* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for defendant by way of the Court's electronic filing system, and to Dr. Jo A. Francis, at 114 Rollingwood Drive, Natchez, Mississippi, 39120.

Baton Rouge, Louisiana, this 22nd day of June, 2012.

/s/ James P. Thompson
James P. Thompson
Assistant United States Attorney

4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                                  CRIMINAL NO.    3:10CR00104-004
                                                                        3:11CR00009-004

JO A. FRANCIS

**ORDER**

This matter having come before the Court upon the Government's Motion for an Order Authorizing Production of Documents, and for the reasons stated herein, pursuant to 21 U.S.C. § 853(m), it is hereby,

**ORDERED** that Jo Francis shall produce any and all requested books, papers, documents, and other material not privileged, including any and all documents that pertain to any and all assets of the defendant, Jo Francis, whether held in the defendant's name or in the name of another, that have been requested by the United States in Government Exhibit A, for the purpose of locating and identifying property subject to forfeiture under this Court's Judgment, and Order of Forfeiture, of June 14, 2012.

**IT IS FURTHER ORDERED** that these books, papers, documents, and other material shall produced to counsel for the United States, Jay Thompson, at 777 Florida Street, Suite 208, Baton Rouge, LA 70801, on, or before the 20th day of July, 2012.

DONE AND ORDERED this _____ day of _____, 2012.

                                                                  _____
                                                                  JAMES J. BRADY
                                                                  UNITED STATES DISTRICT JUDGE

5

GOVERNMENT'S EXHIBIT A

The United States desires that you produce on or before July 20, 2012, pursuant to the Court's Order, the books, papers and other documents described below:

A. A list of cash at your disposal and on deposit at financial institutions, the name of the financial institutions and the address of the branch location usually banked at, and the account number for each account in which you presently have any interest or has had any interest in the past three (3) years, including, but not limited to, accounts at Regions Bank, United Mississippi Bank, Britton and Koontz Bank, Valic Retirement Account, and Thrivent Financial For Lutherans;

B. Documentary evidence of any savings, money market, credit union, passbooks or other financial institution accounts, used by you, or on which you are a signatory, or in which you have any interest, together with the complete statements of those accounts for the past twelve (12) months;

C. Documentary evidence of any IRA 401K, Keogh, SEP or other tax-deferred account owned/used by you, or in which you have any interest, together with the complete statements of those accounts for the last twelve (12) months, specifically, but not limited to, **your retirement account with Valic and Thrivent Financial for Lutherans;**

D. Complete monthly statements for the last twelve (12) months for each account that you have signatory authority on;

E. Documentary evidence of all certificates of deposit, stocks, bonds, mutual funds, coupons, and securities in which you have any interest;

F. Copies of all federal and state income tax returns filed by you for the calendar years 2010 and 2011, together with all schedules and other information filed therewith.

G. All records, including pay stubs, evidencing the amount and source of all compensation and income earned by you, including gross and net income wages and/or salary, and/or dividends and/or royalties, and/or commissions and/or retirement, and/or benefits for the past three (3) years;

H. Motor Vehicle Certificate of Title (registration) on all vehicles titled in your name or your husband's name, together with documentary evidence of all mortgages encumbering said vehicles, and all payment books setting forth the monthly amount due on said mortgage and the current balance;

6

I. Books, papers documents and records reflecting any present garnishment or judgment proceedings against you;

J. Copies of all mortgages encumbering the real estate, furniture, electronic equipment or any other personal and movable property you own or possess, **including all payment booklets setting forth the monthly amount due on said mortgages and the current balance, including, but not limited to the property located at** 114 Rollingwood Drive, Natchez, Mississippi, 39120**;**

K. Copies of all utility, telephone and medical bills, credit card statements, rent receipts, and insurance premium notices for the preceding twelve (12) months;

L. All books, papers, documents and records pertaining to or evidencing loans or other installment debts owed by you, and reflecting the name and address of each creditor, the monthly amount due and the current balance;

M. All books, papers, documents and records pertaining to or evidencing loans or other installment debts owed to you, and reflecting the name and address of each debtor, the monthly amount due and the current balance;

N. All stock certificates (and/or other evidences of stock ownership) owned or possessed by, or in your name in any corporation;

O. All deeds, acts of donation, bills of sale, and/or other instruments of conveyance pertaining to any real or personal property transferred, donated, conveyed or otherwise alienated by you within the last three (3) years;

P. All deeds, titles, leases, liens, contracts, and records pertaining to any property, real or personal, in which you have any interest, or held by another for the benefit of your use, together with the documents evidencing the your ownership interest;

Q. All life insurance policies on your life, or on the life of another but owned by you, and all records evidencing the face value and cash surrender value of the policy; and

R. All records identifying all other assets owned by you.

S. Any documentation pertaining to any disability you receive and Social Security benefits you receive, including, but not limited to policies with Signa and Allsup.

7